```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0094--CR (JDR)
                "USA V ROBERT F. FUNGCHENPEN"
             DEF 1.1 FUNGCHENPEN, ROBERT F.

     Including terminated defendants, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
 Magistrate Judge:
            Filed:  09/26/05
           Closed:  11/15/05
No. of Defendants:  1
  MJ Case Number:
              AKA:
  Location status:  Released on Own Recognizance
       Trial date:
       Terminated:  YES
Needs interpreter:  NO
Counsel of record:  Michael D. Dieni
                    Federal Public Defender
                    550 W. 7th Avenue, Suite 1600
                    Anchorage, AK 99501
                    907-646-3400
                    FAX 907-646-3480
                    Serve: YES
                     Type: FPD
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  Attn: Magistrate Court
                    3rd Wing U.S. Air Force
                    Base Legal Office 21 CSG/JA
                    Elmendorf AFB, AK 99506
                    907-552-3046
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 1.1 FUNGCHENPEN, ROBERT F.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -  1 INF | 1 | 18:13(a) & 18:7(3) & as 28.15.291 DRIVING WHILE LICENSE REVOKED OR SUSPENDED (M) | Terminated |
| 8 - 1 | 1-S | 18:13(a); AS 28.15.011(b); AS28.40.050 DRIVING WITHOUT A VALID DRIVER'S LICENSE (M) | Sentenced (9-2) |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A05-0094--CR (JDR)
                              "USA V ROBERT F. FUNGCHENPEN"

                               For all filing dates
```

Presiding Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
Magistrate Judge:
                Filed: 09/26/05
               Closed: 11/15/05
No. of Defendants: 1

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 09/26/05 | [Re: DEF 1] PLF 1 Information. |
| NOTE - 1 | 09/28/05 | Issued: Summons. |
| 2 - 1 | 09/28/05 | [Re: DEF 1] JDR Minute Order re Arr set for 11/3/05 at 10:00 a.m. cc: USA, USM, USPO, def w/USM cy |
| 3 - 1 | 10/26/05 | USM Return of svc on summons re: DEF 1 executed on 10/19/05. |
| 4 - 1 | 11/07/05 | [Re: DEF 1] JDR Court Minutes [ECR: Linda Christensen] re Arr on Misdemeanor Info (held 11/3/05); FPD appointed; FPD notified; Arr cont to 11/15/05 at 9:30 am; def advised court he did not need an interpreter.  cc:  USA, FPD, USM, USPO |
| 5 - 1 | 11/07/05 | [Re: DEF 1] JDR Order of Personal Recognizance.  cc:  USA, FPD, USM, USPO |
| 6 - 1 | 11/07/05 | [Re: DEF 1] Order setting conditions of release.  cc:  USA, FPD, USM, USPO |
| 7 - 1 | 11/09/05 | DEF 1 Attorney Appearance of M. Dieni (FPD). |
| 8 - 1 | 11/10/05 | [Re: DEF 1] PLF 1 Superseding information. |
| 9 - 1 | 11/15/05 | [Re: DEF 1] JDR Court Minutes [ECR: Linda Christensen] re Arraignment on Misdemeanor Superseding Information (IOS)(held 11/15/05); plead Guilty; waived PSR; $50 fine w/$10 special assessment to be paid by cob 11/21/05; payment coupon given to def; def advised of appeal rights. cc:  USA, FPD, CVB Clerk |
| 9 - 2 | 11/15/05 | [Re: DEF 1] JDR Judgment pleaded guilty to count(s) 1S of document (8-1). |